# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THOMPSON, | CASE NO. 1:09-CV-00687-GBC PC |
| Plaintiff, | ORDER STRIKING DUPLICATE ORDER DISMISSING CASE WITH LEAVE TO AMEND |
| v. | |
| KENNETH LOW, et al., | (Doc. 13) |
| Defendants. | |

Plaintiff Curtis Thompson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. An order dismissing the complaint with leave to amend was issued on October 25, 2010. (Doc. 12.) On October 26, 2010, the order was inadvertently reissued. (Doc. 13.) The duplicative order dismissing the complaint with leave to amend is to be stricken from the record. The amended complaint is due by November 29, 2010.

Accordingly it is HEREBY ORDERED that:

1. The order dismissing the complaint with leave to amend, filed October 26, 2010, is STRICKEN FROM THE RECORD; and

2. The amended complaint is due by November 29, 2010.

IT IS SO ORDERED.

Dated: October 28, 2010

UNITED STATES MAGISTRATE JUDGE

1